## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LUIS ANGEL MALDONADO      :   Civil No. 1:25-CV-02398
FLORES,                    :
                           :
　　　　Petitioner,        :
                           :
　　　　v.                 :
                           :
CRAIG LOWE, *et al.*,      :
                           :
　　　　Respondents.       :   Judge Jennifer P. Wilson

### ORDER

**AND NOW**, on this 16th day of March, 2026, in accordance with the accompanying memorandum of law, **IT IS ORDERED AS FOLLOWS**:

1) The petition for writ of habeas corpus, Doc. 1, is **DISMISSED** because it is moot and this court lack subject matter jurisdiction.

2) Petitioner's motion for civil contempt and sanctions, Doc. 6, is **DENIED**.

3) The Clerk of Court is directed to close this case.

　　　　　　　　　　　s/Jennifer P. Wilson
　　　　　　　　　　　JENNIFER P. WILSON
　　　　　　　　　　　United States District Judge
　　　　　　　　　　　Middle District of Pennsylvania